DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSTIN CHISM,**
Appellant,

v.

**MATTHEW LEE SEACRIST,** Individually, **TRANSDEV SERVICES, INC.,**
a Foreign Profit Corporation, and **VEOLIA TRANSPORTATION
MAINTENANCE AND INFRASTRUCTURE, INC.,** a Foreign Profit
Corporation,
Appellees.

No. 4D17-2773

[November 1, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 16000322CAAXMX.

Maaz Quraishi and Ashley Eagle of the Law Office of Maaz Quraishi, P.A., West Palm Beach, for appellant.

Mark Hicks of Hicks, Porter, Ebenfeld & Stein, P.A., and Johnny White of Pozo-Diaz & Pozo, P.A., Jacksonville, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH, JJ., and KANNER, DANIEL J., Associate Judge, concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*